*E-Filed 7/18/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SALVADOR NEGRETE, | No. C 12-0809 RS (PR) |
| Plaintiff, | **ORDER EXTENDING TIME** |
| v. | |
| G.D. LEWIS, et al., | |
| Defendants. | |

This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff's motion to extend time to file his first amended complaint (Docket No. 5) is GRANTED. He shall file his first amended complaint **on or before September 21, 2012. No further extensions of time will be granted.** Failure to file the amended complaint by such date, one that corrects the deficiencies of the original complaint, will result in dismissal of the action under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED**.

DATED: July 18, 2012

RICHARD SEEBORG
United States District Judge